IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RACHEL WILSON and CHARLES BROMMER <br><br> V. <br><br> CHASE MANHATTEN MORTGAGE CORPORATION and MATRIX FINANCIAL SERVICES CORPORATION | § § § § § § § § § § C.A. NO. M-04-153 |

United States District Court
Southern District of Texas
FILED

MAY 21 2004

Michael N. Milby, Clerk

## MATRIX'S DISCLOSURE OF INTERESTED PARTIES

MATRIX FINANCIAL SERVICES CORPORATION, Defendant herein, provides the following as a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation:

PLAINTIFFS:

1. Rachel Wilson
   Charles Brommer

   Attorneys: Michael Rodriguez, Attorney at Law, 319 E. Elizabeth St., Brownsville TX 78520; (956) 574-9333

DEFENDANTS:

1. Matrix Financial Services Corporation

   Attorneys: C. Ed Harrell, Hughes, Watters, & Askanase, L.L.P., 1415 Louisiana, Ste. 3700, Houston, Texas 77002; (713) 759-0818

2. Chase Manhattan Mortgage Corporation

Respectfully submitted,

HUGHES, WATTERS & ASKANASE, L.L.P.

C. Ed Harrell
TBN: 09042500
1415 Louisiana, 37th Floor
Houston, Texas 77002
(713) 759-0818
(713) 759-6834 – Fax
ATTORNEYS FOR MATRIX
FINANCIAL SERVICES CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Disclosure of Interested Parties was served this 19th day of May, 2004:

***Via Certified Mail***
***RRR # 700322600003966889998***
Michael Rodriguez
Attorney at Law
319 E. Elizabeth St.
Brownsville TX 78520

C. Ed Harrell