IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 8 2004

Michael N. Milby, Clerk

| | | |
|---|---|---|
| RACHEL WILSON BROMMER AND | § | |
| CHARLES BROMMER | § | |
|     Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. M-04-153 |
| | § | |
| | § | |
| CHASE MANHATTAN MORTGAGE | § | |
| CORPORATION, and | § | |
| MATRIX FINANCIAL SERVICES | § | |
| CORPORATION | § | |
|     Defendants | § | |

**PLAINTIFFS'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Plaintiffs, Rachel Wilson Brommer and Charles Brommer., certify that the only persons, associations, etc., that are known to these Plaintiffs to be financially interested in the outcome of this litigation are:

1. Rachel Wilson Brommer - Plaintiff

2. Charles Brommer - Plaintiff

3. Rodriguez & Nicolas, LLP - Plaintiffs' Attorney

4. Chase Manhattan Mortgage Corporation - Defendant

5. Matrix Financial Services Corporation - Defendant

Respectfully submitted,

RODRIGUEZ & NICOLAS, LLP
319 E. Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

By: _____
Michael Rodriguez
State Bar No.00791553
Federal I.D. No. 18759

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy and correct copy of this instrument has on June 9, 2004, been forwarded via regular mail and facsimile to:

| | |
|---|---|
| Benjamin Bingham | Ed Harrell |
| Bingham & Lea, P.C. | Hughes Watters Askanase LLP |
| 319 Maverick Street | 1415 Louisiana, 37th Floor |
| San Antonio, Texas 78212 | Houston, Texas 77002-7354 |
| Telephone (210) 224-1819 | Telephone (713) 759-0818 |
| Facsimile (210) 224-0141 | Facsimile (713) 759-6834 |

                                                                       Michael Rodriguez