IN THE UNITED STATES DISTRICT COURT
FOR LTHE SOURTHERN DISTRICT OF TEXAS
IN THE UNITED STATES DISTRICT COURT
FOR LTHE SOURTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby, Clerk

| | | |
|---|---|---|
| RACHEL WILSON BROMMER and CHARLES BROMMER | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. M-04-153 |
| CHASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES CORPORATION | § § § § § | |
| Defendants | § § | |

## DEFENDANTS' CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendants, Chase Manhattan Mortgage Corporation, And Matrix Financial Services Corporation, certify that the only persons, associations, etc., that are known to these Defendants to be financially interested in the outcome of this litigation are:

1. Chase Manhattan Mortgage Corporation whose parent corporation is <u>JP Morgan Chase Bank</u> – Defendant

2. Matrix Financial Services Corporation – Defendant

3. Bingham & Lea, P.C. – Benjamin R. Bingham - Defendants' Attorney

4. Rachel Wilson Brommer – Plaintiff

5. Chareles Brommer – Plaintiff

6. Rodriguez & Nicolas, LLP – Plaintiffs' Attorney

                                Respectfully submitted,
                                Bingham & Lea, P.C.
                                319 Maverick Street
                                San Antonio, Texas 78212
                                (210) 224-1819 Telephone
                                (210) 224-0141 Facsimile

By: _____
      Benjamin R. Bingham
      State Bar No. 02322350

      Counsel For Defendant(s)

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of June, 2004, a true and correct copy of the above and foregoing has been served on the following:

by ☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☒United States first class mail; ☒facsimile transmission on counsel for Plaintiffs: Michael Rodriguez, P.L.L.C., 319 Elizabeth Street, Brownsville, Texas 78520, Telephone 956-574-9333, Facsimile 956-574-9337

by ☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☒United States first class mail; ☒facsimile transmission on counsel for Matrix Financial Services Corporation: Ed Harrell, Hughes Watters Askanase LLP, 1415 Louisiana, 37th Floor, Houston, TX 77002-7354 Telephone 713-759-0818, Facsimile 713-759-6834

_____
Benjamin R. Bingham

*brb/2444.5/Pleadings*