IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 23 2004

Michael N. Milby, Clerk

| | |
|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER | § § |
| Plaintiff | § |
| VS. | § CIVIL ACTION NO. M-04-153 |
| | § |
| CHASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES CORPORATION | § § § § § |
| Defendants | § |

**STIPULATION OF TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to 28 U.S.C. § 1404(a) & (b), the parties in this matter have agreed and hereby stipulate to the transfer of venue of this matter from the United States District Court for the Southern District of Texas, McAllen Division to the Brownsville Divisions.

**BACKGROUND**

This case was originally filed in the 107th Judicial District Court of Cameron County, Texas. Plaintiffs alleged, *inter alia*, breach of contract and violations of Real Estate Settlement Procedures Act ("RESPA") resulting in at least one foreclosure against Plaintiffs' property, negative credit history, and other alleged injuries. Plaintiffs have at all times lived in South Padre Island, Texas, in Cameron County.

On May 13, 2004, Defendant removed the case to Federal Court based on federal question and diversity jurisdiction and Plaintiffs did not contest federal jurisdiction. Upon removal, the case was filed in the McAllen Division.

## ARGUMENT

The Brownsville Division is the proper venue for this case. Defendants inadvertently removed this case to the wrong division. Section 1441(a) provides the procedure for removal and the proper venue for a removed case:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, **to the district court of the United States for the district and division embracing the place where such action is pending.**

28 U.S.C. § 1441(a) (emphasis added). A case removed from a court in Cameron County should be removed to the Brownsville Division.

Title 28, United States Code, Section 1404(a) & (b) permit the Court to transfer a case to another appropriate federal district or division upon stipulation of the parties. The parties therefore request the Court transfer this case to the Brownsville Division pursuant to this stipulation.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, the parties stipulate to a transfer of venue to the Brownsville Division of the Unites States District Court for the Southern District of Texas.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.
1000 East Madison Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

By: _____
Michael Rodriguez
State Bar No.00791553
Federal I.D. No. 18759