United States District Court
Southern District of Texas
FILED

JUL 0 1 2004

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JUL 0 1 2004

Michael N. Milby, Clerk of Court

FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER<br>Plaintiff<br>VS.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES CORPORATION<br>Defendants | § § § § § § § § § § § § |

CIVIL ACTION NO. M-04-153

B-04-113

## ORDER GRANTING STIPLATION OF TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

On the 1st day of July, 2004, came on to be considered Plaintiff's **Stipulation of Transfer of Venue to the United States District Court for the Southern District of Texas, Brownsville Division** in the above entitled and numbered action. After consideration of the pleadings, motions and argument of counsel, this Court is of the opinion that the **Stipulation of Transfer of Venue to the United States District Court for the Southern District of Texas, Brownsville Division should in all things be Granted.**

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that **Stipulation of Transfer of Venue to the United States District Court for the Southern District of Texas, Brownsville Division is hereby Granted.**

Done on 1st day of July, 2004, at McAllen, Texas.

_____
United States Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By: _____
Deputy Clerk