IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RACHEL WILSON BROMMER AND | § | |
| CHARLES BROMMER | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. B-04-113 |
| | § | |
| | § | |
| CHASE MANHATTAN MORTGAGE | § | |
| CORPORATION, and | § | |
| MATRIX FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| Defendants | § | |

**PLAINTIFFS'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties,

Plaintiffs, Rachel Wilson Brommer and Charles Brommer, certify that the only persons,

associations, etc., that are known to these Plaintiffs to be financially interested in the outcome of

this litigation are:

1.    Rachel Wilson Brommer - Plaintiff

2.    Charles Brommer - Plaintiff

3.    Rodriguez & Nicolas, LLP - Plaintiffs' Attorney

4.    Chase Manhattan Mortgage Corporation - Defendant

5.    Matrix Financial Services Corporation - Defendant

Respectfully submitted,

RODRIGUEZ & NICOLAS, LLP
319 E. Elizabeth Street
Brownsville, Texas  78520
Telephone:  (956) 574-9333
Facsimile:  (956) 574-9337

By:_____
        Michael Rodriguez
        State Bar No.00791553
        Federal I.D. No.  18759
        Henri E. Nicolas, Jr.
        State Bar No. 24014808
        Federal ID No. 26052

## CERTIFICATE OF SERVICE

I hereby certify that a true copy and correct copy of this instrument has on August 3, 2004, been forwarded via regular mail and facsimile to:

Benjamin Bingham
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
Telephone (210) 224-1819
Facsimile (210) 224-0141

Ed Harrell
Hughes Watters Askanase LLP
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354
Telephone (713) 759-0818
Facsimile (713) 759-6834

Michael Rodriguez