# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 0 9 2004

Michael N. Milby
Clerk of Court

### NOTICE OF RE-SETTING

| | |
|---|---|
| Rachel Wilson, et al § | |
| § | |
| VS. § | CIVIL ACTION NO. B-04-113 |
| § | |
| Chase Manhattan Morgtage Corp., et al § | |

TYPE OF CASE:    _X_ CIVIL                    ___ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below before the Honorable Andrew S. Hanen:

TYPE OF PROCEEDING:  **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | THIRD FLOOR COURTROOM, #6 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| November 12, 2004 @ 10:30 a.m. | November 22, 2004 @ 9:30 a.m. |

MICHAEL N. MILBY, CLERK

BY: _____Irma A. Soto_____
Irma A. Soto, Deputy Clerk

DATE: November 8, 2004

**TO: ALL COUNSEL OF RECORD**