IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 15 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RACHAEL WILSON and BROMMER | § § § |
| Plaintiff, | § § § |
| V. | § § CIVIL ACTION NO. ~~M-04-153~~ B-04-113 |
| CHASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES Defendants. | § § § § § § |

**MOTION FOR LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE ON BEHALF OF MATRIX FINANCIAL SERVICES**

The undersigned, attorney-in-charge for defendant, Matrix Financial Services, moves the Court for leave to permit Brent A. Bishop of Ellis, Koeneke & Ramirez, L.L.P. to appear as attorney-in-charge in lieu of Ed Harrell, on behalf of Matrix Financial Service at the "Initial Pre-Trial Scheduling Conference" scheduled before the United States District Court for the Southern District of Texas-Brownsville Division on Monday, November 22, 2004, at 9:30 a.m. In accordance with Local Rule 2, Brent A. Bishop is fully informed and has authority to bind the client and is licensed to appear before the United States District Court for the Southern District of Texas.

Respectfully submitted,

By: *Ed Harrell /BAB© permission*
ED HARRELL
Federal I.D. No. 2079
HUGHES WATTERS ASKANASE LLP
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354
Telephone (713)759-0818
Facsimile (713)759-6834

OF COUNSEL

By: *Brent A. Bishop*
BRENT A. BISHOP
Federal I.D. No. 20665
SBN: 00796211
ELLIS, KOENEKE & RAMIREZ, L.L.P.
1101 Chicago
McAllen, Texas 78501
Telephone: 956-682-2440
Facsimile: 956-682-0820

Attorney-in-charge for Defendant
Matrix Financial Service

## CERTIFICATE OF CONFERENCE

On November 11, 2004, I conferred via telephone with Benjamin Bingham to discuss whether or not he would oppose the Motion for Leave To Appear As Attorney-In-Charge to be filed on behalf of Defendant, Matrix Financial Services. Mr. Bingham was not available at either office to speak with me, however, I left detailed messages, and as of the time of this filing I have not heard from Mr. Bingham regarding whether or not he opposes this motion.

On November 11, 2004, I conferred via telephone with Michael Rodriguez discuss whether or not she would oppose the Motion for Leave To Appear As Attorney-In-Charge to be filed on behalf of Defendant, Matrix Financial Services. Mr. Rodriguez has advised that he does not oppose to the filing of this motion.

_____
BRENT A. BISHOP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has on this 12th day of November, 2004, been delivered in the manner indicated below, to the following:

Benjamin Bingman
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
Via Facsimile (210)224-0141

Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 East Elizabeth Street
Brownsville, Texas 78520
Via Facsimile (956)574-9337

Ed Harrell
Hughes Waters Askanase LLP
1415 Louisiana, 37th Floor
Houston, Texas 77002
Via Facsimile (713)759-6834

_____
BRENT A. BISHOP