IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER § § <br> Plaintiff § <br> VS. § CIVIL ACTION NO. B-04-113 <br> § § <br> CHASE MANHATTAN MORTGAGE § <br> CORPORATION, and § <br> MATRIX FINANCIAL SERVICES § <br> CORPORATION § <br> Defendants § | |

**ORDER GRANTING PLAINTIFFS' JURY DEMAND**

On the _____ day of _____, 2004, came on to be considered Plaintiffs' **PLAINTIFFS' JURY DEMAND AND BRIEF IN SUPPORT THEREOF**. The Court having considered the law, facts, and arguments of counsel, is of the opinion that the motion should be granted.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that **PLAINTIFFS' JURY DEMAND AND BRIEF IN SUPPORT THEREOF** is hereby in all things **GRANTED**.

Done on _____ day of November, 2004, at Brownsville, Texas.

_____
United States District Judge