IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RACHEL WILSON, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-113 |
| CHASE MANHATTAN MORTGAGE CORP., ET AL | § | |

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:                                    __N/A__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __March 25, 2005__

4. The defendant's experts must be named with a report furnished by:   __April 29, 2005__

5. Discovery must be completed by:                                     __June 1, 2005__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                               __June 17, 2005__

   Non-Dispositive Motions will be filed by:                           __July 15, 2005__

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:                                        __July 15, 2005__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:                  __August 9, 2005__

9. Jury Selection is set for 9:00 a.m. on:*                            __August 11, 2005__

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

Signed this the __22__ day of __November__, 2004.

Andrew S. Hanen
United States District Judge

XC: ALL COUNSEL OF RECORD