United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHAEL WILSON and BROMMER § § § Plaintiff, § § V. § § CHASE MANHATTAN MORTGAGE § CORPORATION, § and § MATRIX FINANCIAL SERVICES § Defendants. § | CIVIL ACTION NO. ~~M-04-153~~ B-04cv113 |

## ORDER

On this day came to be heard Defendant, Matrix Financial Services Motion for Leave to Appear as Attorney-in-Charge, and the Court, having considered the Motion, determines that it should be GRANTED. It is therefore,

ORDERED that Defendant's Motion for Leave to Appear as Attorney-in-Charge be and the same is hereby GRANTED, and that Brent A. Bishop of the law firm of Ellis, Koeneke & Ramirez, L.L.P. is authorized to appear as Attorney-in-Charge on behalf of Matrix Financial Services..

DONE at Brownsville, Texas on this _19th_ day of November, 2004.

_____
United States District Judge

Copies to:
Benjamin Bingman, Bingham & Lea, P.C., 319 Maverick Street, San Antonio, Texas 78212
Facsimile (210)224-0141
Michael Rodriguez, Rodriguez & Nicolas, L.L.P., 319 East Elizabeth Street, Brownsville, Texas 78520
Facsimile (956)574-9337
Ed Harrell, Hughes Watters Askanase LLP, 1415 Louisiana, 37th Floor, Houston, Texas 77002-7354
Facsimile (713)759-6834
Brent A. Bishop, Ellis, Koeneke & Ramirez, L.L.P., 1101 Chicago, McAllen, TX 78501
Facsimile (956)682-0820)