United States District Court
Southern District of Texas
FILED

DEC 0 3 2004

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

RACHEL WILSON §
and CHARLES BROMMER §
 §
V. §
 §  C.A. NO. M-04-153
 §
CHASE MANHATTEN MORTGAGE §  1:04CV113
CORPORATION and MATRIX §
FINANCIAL SERVICES §
CORPORATION §

## MATRIX FINANCIAL SERVICES CORPORATION'S
## JOINDER TO OPPOSITION TO PLAINTIFFS' JURY DEMAND

Defendant Matrix Financial Services Corporation, through its attorneys, joins in the Opposition to Plaintiffs' Jury Demand filed by Chase Manhattan Mortgage Corporation.

Respectfully submitted,

HUGHES, WATTERS & ASKANASE, L.L.P.

_____
C. Ed Harrell
TBN: 09042500
1415 Louisiana, 37th Floor
Houston, Texas 77002
(713) 759-0818
(713) 759-6834 – Fax

ATTORNEYS FOR DEFENDANT,
MATRIX FINANCIAL SERVICES
CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Joinder was served this 30th day of November, 2004:

*Via Certified Mail*
*RRR # 70023150000571704507*
Michael Rodriguez
Attorney at Law
319 E. Elizabeth St.
Brownsville TX 78520

*Via Fax*
Benjamin R. Bingham
Bingham & Lea, P.C.
319 Maverick Street
San Antonio TX 78212
210-224-0141 – Fax

_____
C. Ed Harrell