IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RACHEL WILSON BROMMER AND<br>CHARLES BROMMER<br>      Plaintiff<br>VS.<br><br>CHASE MANHATTAN MORTGAGE<br>CORPORATION, and<br>MATRIX FINANCIAL SERVICES<br>CORPORATION<br>      Defendants | §<br>§<br>§<br>§ CIVIL ACTION NO. B-04-113<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFFS' JURY DEMAND

On the 9th day of December, 2004, came on to be considered Plaintiffs' **PLAINTIFFS' JURY DEMAND AND BRIEF IN SUPPORT THEREOF**. The Court having considered the law, facts, and arguments of counsel, is of the opinion that the motion should be granted.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that **PLAINTIFFS' JURY DEMAND AND BRIEF IN SUPPORT THEREOF** is hereby in all things **GRANTED**.

Done on 9th day of ~~November~~ December, 2004, at Brownsville, Texas.

_____
United States District Judge