IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON and CHARLES BROMMER | § § § |
| V. | § § |
| CHASE MANHATTEN MORTGAGE CORPORATION and MATRIX FINANCIAL SERVICES CORPORATION | § § § § § |

C.A. NO. M-04-113

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Hughes Watters & Askanase L.L.P. has moved its offices and the new address is:

Hughes Watters Askanase L.L.P.
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
713/759-0818 (Phone)
713/759-6834 (Fax)

Respectfully submitted,

HUGHES WATTERS ASKANASE L.L.P.

_____
C. Ed Harrell
TBN #09042500
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
713-759-0818 Telephone
713-759-6834 Facsimile
ATTORNEYS FOR DEFENDANT,
MATRIX FINANCIAL SERVICES
CORPORATION

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of this Notice was served via electronic notification through the Southern District's ECF Filing System and/or by fax:

Michael Rodriguez
Attorney at Law
319 E. Elizabeth St.
Brownsville TX 78520
956/574-9337 – Fax

Benjamin R. Bingham
Bingham & Lea, P.C.
319 Maverick Street
San Antonio TX 78212
210-224-0141 – Fax

_____
C. Ed Harrell