United States District Court
Southern District of Texas
FILED

APR 0 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER<br>Plaintiff<br>VS.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, and<br>MATRIX FINANCIAL SERVICES CORPORATION<br>Defendants | § § § § § § § § § § § § § CIVIL ACTION NO. B-04-113 |

## STIPULATION OF PARTIAL DIMISSAL PURSUANT TO RULE 41(a)(1)(ii)

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Plaintiffs Rachel Wilson and Charles Brommer, and Defendants Chase Manhattan Mortgage Corporation and Matrix Financial Services Corporation and file this Stipulation of Dismissal Pursuant to Rule 41(a)(1)(ii).

Plaintiff Charles Brommer voluntarily dismisses without prejudice his claims against both Defendants. Plaintiff Rachel Wilson is the sole remaining Plaintiff alleging claims against Defendants.

Respectfully submitted,

Michael Rodriguez
State Bar No. 00791553
Federal ID No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052

RODRIGUEZ & NICOLAS, LLP
319 E. Elizabeth Street
Brownsville, Texas 78520
(956) 574-9333
(956) 574-9337 – fax
ATTORNEYS FOR THE PLAINTIFFS


Hughes Watters Askanase LLP
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354
Telephone (713) 759-0818
Facsimile (713) 759-6834

By: _____
Ed Harrell
Texas State Bar No. 09042500
Federal ID No. 2079


And

Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
Telephone (210) 224-1819
Facsimile (210) 224-0141

_____
Benjamin Bingham /w permission
Texas State Bar No. 02322350
Federal ID No. 12716

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served by facsimile, on the ___1___ day of April 2005 to:

| | |
|---|---|
| Benjamin Bingham | Ed Harrell |
| Bingham & Lea, P.C. | Hughes Watters Askanase LLP |
| 319 Maverick Street | 1415 Louisiana, 37th Floor |
| San Antonio, Texas 78212 | Houston, Texas 77002-7354 |
| Telephone (210) 224-1819 | Telephone (713) 759-0818 |
| Facsimile (210) 224-0141 | Facsimile (713) 759-6834 |

_____
Henri E. Nicolas, Jr.

## CERTIFICATE OF CONFERENCE

I, Henri E. Nicolas, Jr., do hereby, certify that on April ___1___, 2005, I spoke with Mr. Ben Bingham and Mr. Ed Harrell, who indicated that they were unopposed the above and foregoing document.

_____
Henri E. Nicolas, Jr.