IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND § <br> CHARLES BROMMER § <br>     Plaintiff § <br> VS. § <br>  § <br>  § <br> CHASE MANHATTAN MORTGAGE § <br> CORPORATION, and § <br> MATRIX FINANCIAL SERVICES § <br> CORPORATION § <br>     Defendants § | CIVIL ACTION NO. B-04-113 |

## ORDER

On the _____ day of _____, 2004, came on to be considered the parties' Plaintiff's Stipulation of Partial Dismissal Pursuant to Rule 41(a)(1)(ii). The Court having considered the stipulation enters the following order.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that the stipulation is entered and Plaintiff Rachel Wilson is the sole remaining plaintiff alleging claims against Defendants Chase Manhattan Mortgage Corporation and Matrix Financial Services Corporation.

Done on _____ day of April, 2005, at Brownsville, Texas.

_____
Andrew S. Hanen
United States District Judge