United States District Court
Southern District of Texas
ENTERED

APR 1 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER<br>Plaintiff<br>VS.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES CORPORATION<br>Defendants | § § § § § § § § § § § § CIVIL ACTION NO. B-04-113 |

## ORDER

On the 11th day of April, 2005, came on to be considered the parties' Plaintiff's Stipulation of Partial Dismissal Pursuant to Rule 41(a)(1)(ii). The Court having considered the stipulation enters the following order.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that the stipulation is entered and Plaintiff Rachel Wilson is the sole remaining plaintiff alleging claims against Defendants Chase Manhattan Mortgage Corporation and Matrix Financial Services Corporation.

Done on 11th day of April, 2005, at Brownsville, Texas.

Andrew S. Hanen
United States District Judge