IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 2 9 2005
Michael N. Milby
Clerk of Court

| | |
|---|---|
| RACHEL WILSON BROMMER AND § | |
| CHARLES BROMMER § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. B-04-113 |
| § | |
| § | |
| CHASE MANHATTAN MORTGAGE § | |
| CORPORATION, and § | |
| MATRIX FINANCIAL SERVICES § | |
| CORPORATION § | |
| Defendants § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE
OF ALL DEADLINES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Plaintiff RACHEL WILSON and files this Unopposed Motion for Continuance of All Deadlines, and in support thereof would show the Court as follows:

### BACKGROUND

This is a wrongful foreclosure, Real Estate Settlement Practices Act and Texas Deceptive Trade Practices Act case involving two mortgage companies. This case was filed in state court in Cameron County, removed to the McAllen Division and transferred by agreement to the Brownsville Division. Shortly after the initial pretrial, the parties began discussing the usefulness of early mediation, possibly in January 2005. The parties were unable to mediate the case until April 14, 2005.

Currently, discovery is scheduled to close on June 1, 2005. Final pretrial conference and jury selection are scheduled for August 9 and 11, 2005, respectively.

## DISCUSSION

The parties have delayed substantive discovery, mainly depositions and expert designations, in an attempt to resolve the matter early. However, the parties were not able to resolve the matter at mediation, and now Plaintiff requests a continuance of two months of all deadlines with a trial date in October 2005.

This motion is not made to delay or anyway prejudice any party but is made so the case can be fully prepared and properly tried by all parties.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff Rachel Wilson seeks a two month continuance of all deadlines in this case.

Respectfully submitted,
RODRIGUEZ & NICOLAS, L.L.P.

_____
Michael Rodriguez
State Bar No. 00791553
Federal ID No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052

RODRIGUEZ & NICOLAS, LLP
319 E. Elizabeth Street
Brownsville, Texas 78520
(956) 574-9333
(956) 574-9337 – fax

## CERTIFICATE OF CONFERENCE

I, Michael Rodriguez, do hereby, certify that on April 27, 2005, I conferred via email with Mr. Ben Bingham and Mr. Ed Harrell, counsel for defendants, who indicated that they were unopposed to the above and foregoing Motion for Continuance.

Michael Rodriguez

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served by facsimile, on the 29th day of April, 2005 to:

Benjamin Bingham  
Bingham & Lea, P.C.  
319 Maverick Street  
San Antonio, Texas 78212  
Telephone (210) 224-1819  
Facsimile (210) 224-0141  

Ed Harrell  
Hughes Watters Askanase LLP  
1415 Louisiana, 37th Floor  
Houston, Texas 77002-7354  
Telephone (713) 759-0818  
Facsimile (713) 759-6834  

Michael Rodriguez