IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER <br> Plaintiff <br> VS. <br><br> CHASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES CORPORATION <br> Defendants | § § § § § § § § § § § § § CIVIL ACTION NO. B-04-113 |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF ALL DEADLINES**

On the _____ day of _____, 2005, came on to be considered Plaintiff's Unopposed Motion for Continuance of All Deadlines. Having considered the motion and all arguments,

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that Plaintiff's Unopposed Motion for Continuance of All Deadlines is **GRANTED**.

Done on _____ day of April, 2005, at Brownsville, Texas.

_____
ANDREW S. HANEN
United States District Judge