IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND § <br> CHARLES BROMMER § <br> Plaintiff § <br> VS. § <br> § <br> § <br> CHASE MANHATTAN MORTGAGE § <br> CORPORATION, and § <br> MATRIX FINANCIAL SERVICES § <br> CORPORATION § <br> Defendants § | CIVIL ACTION NO. B-04-113 |

**ORDER**

On the _____ day of _____, 2005, came on to be considered Plaintiff's Unopposed Motion for Continuance of All Deadlines. Having considered the motion and all arguments,

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that the Court will hold a hearing on Plaintiff's Unopposed Motion for Continuance of All Deadlines on the _____ day of April/May 2005.

Done on _____ day of April, 2005, at Brownsville, Texas.


_____
ANDREW S. HANEN
United States District Judge