IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND § <br> CHARLES BROMMER § <br> Plaintiff § <br> VS. § <br> § <br> § <br> CHASE MANHATTAN MORTGAGE § <br> CORPORATION, and § <br> MATRIX FINANCIAL SERVICES § <br> CORPORATION § <br> Defendants § | CIVIL ACTION NO. B-04-113 |

## **VERIFICATION**

STATE OF TEXAS

COUNTY OF CAMERON

BEFORE ME, the undersigned Notary Public, on this day personally appeared MICHAEL RODRIGUEZ, who, being by me duly sworn on his oath deposed and said that he is the attorney of record for **RACHEL WILSON**, Plaintiff in the above-entitled and numbered cause; has read the above Plaintiff's Unopposed Motion for Continuance; and that the allegations contained therein are within his personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME, on the 29th day of April 2005, to certify which witness my hand and official seal.

MICHAEL RODRIGUEZ

Notary Public, State of Texas
Rosa Y. Castillo
My commission expires: 1/4/2009