United State:
Southern Dis
FIL.

MAY 0 5 2005

**Michael N. Milby**
**Clerk of Court**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
# ADR MEMORANDUM TO CLERK OF COURT
(To be submitted in duplicate if case settles before
ADR or within 10 days after completion of ADR)

RACHEL W. BROMMER &                 Division    <u>Brownsville Division</u>
CHARLES BROMMER                  Civil Action No.     <u>B-04-113</u>
              **Plaintiff(s)**

**v.**

CHASE MANHATTAN
MORTGAGE CORP. & MATRIX
FINANCIAL SERVICES CORP.
            **Defendant(s)**

**ADR METHOD:**    Mediation:      <u>X</u>      Arbitration:         _____
                   Mini – Trial:    _____      Summary Jury Trial:    _____

**TYPE OF CASE:**      _____

1.    Please check one of the following:
     The case referred to ADR:    settled    _____    or    did not settle   <u>X</u> .

2.    My total fee and expenses were:   <u>$500.00 PER PARTY (three parties).</u>
     **(if you had no fee and expenses, please indicate if the case settled**
     **before ADR, or if the ADR processing was conducted on a no-fee basis**
     **pursuant to order of the court or agreement of the parties.)**

     _____
     _____

3.    Please list names, addresses and telephone numbers of all parties and all
     counsel of record:

Mr. Henri E. Nicolas, Jr.                    PHONE: 956/ 574-9333
**RODRIGUEZ & NICOLAS, LLP**         FACSIMILE: 956/ 574-9337
1822 Main Street
Danbury, TX 77534

Mr. Benjamin Bingham                   PHONE: 210/ 224-1819
**BINGHAM & LEA, PC**                 FACSIMILE: 210/ 224-0141
319 Maverick Street
San Antonio, Texas 78212

Mr. Ed Harrell
HUGHES WATTERS ASKANASE, LLP
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354

PHONE:  713/ 759-0818
FACSIMILE:  713/ 759-6834

Date: _5/04/05_____

**ADR PROVIDER**
Name:  Leo C. Salzman_____

Signature: _Leo C. Salzman_____