United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER | § § § | |
| VS. | § § | CIVIL NO. B-04-113 |
| CASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES CORPORATION | § § § § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION FOR CONTINUANCE OF ALL DEADLINES

On the 6th day of May, 2005, came on to be considered Plaintiff's Unopposed Motion for Continuance of All Deadlines. Having considered the motion and all arguments,

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff's Unopposed Motion for Continuance of All Deadlines is GRANTED and the attached Amended Scheduling Order is hereby entered.

Signed this 6th day of May, 2005.

Andrew S. Hanen
United States District Judge