United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER §§§ VS. §§ CASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES CORPORATION §§§ | CIVIL NO. B-04-113 |

## Amended Scheduling Order

1. Trial: Estimated time to try: __4__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:                                 __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    June 30, 2005

4. The defendants' experts must be named with a report furnished by:   July 29, 2005

5. Discovery must be completed by:                             September 2, 2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                        August 12, 2005

   Non-Dispositive Motions will be filed by:                    September 16, 2005

************************  The court will provide these dates.  ************************

7. Joint pretrial order is due:                                 September 16, 2005
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:           October 4, 2005

9. Jury Selection is set for 9:00 a.m. on:*                     October 6, 2005

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

Signed this 6th day of May, 2005.

                                          Andrew S. Hanen
                                    United States District Judge