United States District Court
Southern District of Texas
ENTERED

MAY 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL WILSON BROMMER AND CHARLES BROMMER | § § § | |
| VS. | § § | CIVIL NO. B-04-113 |
| CASE MANHATTAN MORTGAGE CORPORATION, and MATRIX FINANCIAL SERVICES CORPORATION | § § § | |

# ORDER

The Court hereby reschedules Jury Selection, originally scheduled for October 6, 2005, to **October 5, 2005**. The time will be given at the final pretrial conference.

Signed this 19th day of May, 2005.

Andrew S. Hanen
United States District Judge