IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL WILSON and § | | |
| CHARLES BROMMER § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | C.A. NO. B-04-113 |
| § | | |
| CHASE MANHATTAN MORTGAGE § | | |
| CORPORATION and MATRIX § | | |
| FINANCIAL SERVICES CORP. § | | |
| Defendants § | | |

**DEFENDANT MATRIX'S DESIGNATION OF EXPERT WITNESSES**

Defendant, MATRIX FINANCIAL SERVICES CORPORATION ("Matrix") designates the following as expert witnesses in this case:

Benjamin R. Bingham
Royal B. Lea, III
Bingham & Lea, P.C.
319 Maverick Street
San Antonio TX 78212
(210) 224-1819 – Phone
(210) 224-0141 – Fax

Messrs. Bingham and Lea are expected to testify in rebuttal to any attorney fee testimony offered by Plaintiffs. Mr. Bingham and Mr. Lea are licensed to practice law in the state and federal courts of Texas, are familiar with the attorney fees customarily charged by attorneys in Texas for handling similar matters, and are familiar with attorney services normally required to represent clients properly in this and similar contested litigation matters. Their opinions will be based on their training and experience, as well as their knowledge of the legal services performed in this action, and will take into account the factors set forth in Rule 1.04 of the TEXAS DISCIPLINARY RULES OF PROFESSIONAL CONDUCT and applicable law. Their biographical information was provided in Chase Manhattan Mortgage's Designation of Expert Witnesses and a copy is attached hereto.

Respectfully submitted,

HUGHES, WATTERS & ASKANASE, L.L.P.

_____
C. Ed Harrell, 09042500
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
ATTORNEYS FOR DEFENDANT,
MATRIX FINANCIAL SERVICES
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of July, 2005, a true and correct copy of the foregoing was served on all counsel of record via the court's ECF Filing System or by Fax.

_____
C. Ed Harrell

2

# BINGHAM & LEA, P.C.

ATTORNEYS
319 MAVERICK STREET
SAN ANTONIO, TEXAS 78212
TELEPHONE (210) 224-1819
FACSIMILE (210) 224-0141

BEN BINGHAM
DIRECT LINE (210) 224-2885
e-MAIL ben@salaw.cc

ROYAL B. LEA, III
DIRECT LINE (210) 224-2894
e-MAIL royal@salaw.cc

CLARISSA LOPEZ
(210) 224-1819 Ext. 7
e-MAIL clarissa@salaw.cc

The firm is an "AV" rated firm* composed of:

**BENJAMIN R. BINGHAM**, born in Denver, Colorado, January 24, 1953; admitted to bar, 1983, Texas; 1993, Colorado; also admitted to practice before all U.S. District Courts in Texas. EDUCATION: Colorado State University (B.A., 1977); University of Houston (J.D. Cum Laude, 1983). Fraternity: Order of the Barons, Phi Delta Phi. AUTHOR, "Prison Conditions as Cruel and Unusual Punishment", 22 South Texas Law Journal 374, 1982; Recipient E.E. Townes Award for Legal Journalism, 1982. CO-AUTHOR, "Current Issues in Foreclosures", State Bar of Texas Advanced Real Estate Law Course, 1987. AUTHOR AND LECTURER: Employment Agreements, Termination at Will and Covenants Not to Compete, University of Houston Corporate and Business Law Institute, 1991. MEMBER: State Bar of Texas, Corporate, Business, Banking and Consumer Law Sections; National Association of Consumer Advocates; San Antonio Bar Association; San Antonio Bankruptcy Bar Association. AREAS OF PRACTICE: Debtor/Creditor Rights, Bankruptcy, General Litigation and Class Actions.

**ROYAL B. LEA, III**, born in San Antonio, Texas, September 16, 1961; admitted to bar, 1986, Texas; also admitted to practice in the United States Court of Appeals for the Fifth Circuit and United States District Courts for the Western and Southern Districts of Texas. EDUCATION: Texas A&M University (B.A. with honors, 1983); University of Texas (J.D. with honors, 1986). EDITOR IN CHIEF: The Review of Litigation, 1985-1986. MEMBER: American Bar Association, Antitrust and Litigation Sections; State Bar of Texas, Litigation and Antitrust and Business Litigation Sections; Member Public Investors Arbitration Bar Association; National Association of Securities Dealers Public Arbitrator; San Antonio Bar Association. AREAS OF PRACTICE: Civil Trial, Commercial and Consumer Litigation, Securities Arbitrations, Civil Appeals, and Class Actions.

**CLARISSA L. LOPEZ**, born in Harlingen, Texas, July 14, 1975; admitted to bar, 2001, Texas. EDUCATION: Saint Mary's University (J.D. 2000, B.B.A. 1997). AREAS OF PRACTICE: Litigation.

**REPRESENTATIVE CLIENTS:** This firm represents the following clients, and others, in commercial litigation, business bankruptcy cases: JPMorganChase Bank, Chase Home Finance, Security State Bank, and several bankruptcy trustees in litigation matters.

---

* An "AV" Martindale-Hubbell rating signifies the results of a confidential rating process conducted by soliciting the opinions of lawyers and judges who know the Bingham & Lea lawyers. An "AV" rating is the highest available rating for both legal ability and ethical standards.

The firm is representing or has represented parties in the following class action cases:

- *John J. Danielson and Thomas E. Harding, et al. v. DTM Corporation, et al.,* (securities case);
- *Bob Beadle, et al. v. Rankin Automotive Group, Inc., et al.,* (securities case);
- *Lone Star Ladies Investment Club, a Texas General Partnership, et al. v. Schlotzsky's, Inc., et al.,* (securities case);
- *James M. Alewine, for the Nancy L. Alewine I.R.A., et al. v. Billing Concepts Corp., et al.* (securities case);
- *Eldore and Mary Urban, et al. v. FCC National Bank d/b/a First Card,* (unfair debt collection case);
- *Carolyne Coppolo, et al. v. Discover Financial Services, Inc., et al.,* (unfair debt collection case);
- *Brenda G. Foy, et al. v. Universal Card Services and Myers & Porter, L.L.P.,* (bankruptcy discharge violations);
- *Mercy Ambulance v. Admiral Uniform Services* (usury case);
- *Jose C. Rodriguez, Chapter 7 Trustee, v. Royce Groff Oil Company* (usury case);
- *Martin, et al., v. IESI TX Corporation.* (usury case);
- *Newton, et al, v. Ticketmaster,* (credit card surcharge case);
- *Proler, et al. v. Harris County,* (court filing fee overcharge case);
- *Garza, et al. v. Wells Fargo,* (excess bank charges resulting from the order of payment of checks);
- *Williams v. Southwestern Bell,* (credit card surcharge case);
- *Johnson, et al. v. Capital One and NCO Financial,* (FDCPA case);
- *Futrell v. Knowles Publishing,* (usury case);
- *Reinhard v. Methodist Healthcare,* (unauthorized fees for obtaining hospital bills);
- *Williams, et al. v. Warner-Lambert, et al.* (deceptive trade practice case);
- *Randolph v. Oxmoor Publishing, Inc.* (unsolicited goods/unfair debt collection case);
- *Elizondo v. Brown & Shapiro,* (FDCPA case);
- *Cabello v. Mercury Finance,* (FDCPA case)
- *Munoz v. GECC/Walmart,* (FDCPA case)
- *Jancik v. Account Services,* (FDCPA)
- *Cartall v. Webb County,* (unauthorized fees charged by Webb County)
- *HCI Equity Partners v. Travis County* (court filing fee overcharging case)