IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON and § <br> CHARLES BROMMER § <br>    Plaintiffs, § <br> § <br> v. § <br> § <br> CHASE MANHATTAN MORTGAGE § <br> CORPORATION and MATRIX § <br> FINANCIAL SERVICES CORP. § <br>    Defendants § | C.A. NO. B-04-113 |

## DECLARATION OF RON TRUNNELL

1. "I, Ron Trunnell, am above the age of eighteen years and of sound mind. I have personal knowledge of the facts to which I hereto testify and I know of no facts or circumstances that would disqualify me from testifying under oath or giving this Declaration. The facts stated herein are true and correct. I am duly qualified and authorized to make this Affidavit on behalf of MATRIX FINANCIAL SERVICES CORPORATION ("Matrix").

2. "I am the Senior Vice President of Matrix. Matrix made a loan to Rachel Wilson in September, 2001. The loan was made through her loan broker InterMortgage Coastal. As the Senior Vice President of Matrix, I am familiar with all aspects of the business as carried on by Matrix. In the course of performing my duties, I am responsible for the overall supervision of obtaining, receiving, keeping and maintaining Matrix's business records, including mortgages owned or serviced. I am, therefore, familiar with the purposes, processes, procedures and techniques for keeping Matrix's business records. I am a custodian of the business records of Matrix, including the files regarding the loan Rachel Wilson obtained from Matrix.

3. "The following records from or concerning the Wilson file are marked as Exhibits "1," "2," "3," "4," "5," "6" and "7":

Exhibit 1. The Note (dated 9/14/01 signed by Ms. Wilson);

    Exhibit 2.  Closing Statement (partial copy) (dated 9/14/01 signed by Ms. Wilson and Mr. Brommer);
Exhibit 3.  The Deed of Trust (dated 9/14/01 signed by Ms. Wilson and Mr. Brommer);
Exhibit 4.  RESPA Letter (dated 1/15/02);
Exhibit 5.  Loan History;
Exhibit 6.  Loan Activity Notes; and
Exhibit 7.  Check return letter (dated 4/16/02);

    4.    "These exhibits are business records kept by Matrix in the regular course of business, and it was the regular course of business of Matrix for an employee or representative of Matrix, with knowledge of the act, event, condition, or opinion recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The attached records attached are exact duplicates of the original unless otherwise stated.

    5.    "Ms. Wilson refinanced an existing loan with a loan from Matrix evidenced by the Note dated September 14, 2001 (Exhibit 1). The closing statement shows that the loan was a refinance. *See* Exhibit 2 (Line 104).

    6.    "The principal amount of the refinance loan was $128,000.00 and was repayable in installments of $840.87 each on the 1st day of each month beginning November 1, 2001. *See* Exhibit 1.

    7.    "The Note was secured by a deed of trust on certain property. The Deed of Trust (Exhibit 3) was signed by Ms. Wilson and Charles Brommer. The Renewal and Extension Exhibit to the Deed of Trust also shows that the loan was a refinance.

    8.    "Ms. Wilson's notice address in the Deed of Trust was 202 W. Cora Lee, South Padre Island, Texas 78597. *See* ¶15 and p.3 ("Property Address"), Exhibit 3.

    9.    "202 Cora Lee, South Padre Island, Texas 78597 was the mailing address for Ms. Wilson according to the records of Matrix until March 9, 2002, when an address change was requested. *See* Exhibit 6.

10. "The first note payment (11/1/01) was made by check from Ms. Wilson received around November 15, 2001. The December 1, 2001 note payment was paid by check received around January 31, 2002. *See* Exhibit 5.

11. "Ms. Wilson's loan was sold to Chase Mortgage effective February 1, 2002.

12. "A check for the January 1, 2002, payment – dated February 25, 2002 – was received by Matrix after the loan was sold. That check was endorsed and sent to Chase.

13. "By letter dated January 15, 2002 (Exhibit 4), Matrix notified Ms. Wilson that the loan had been transferred to Chase and provided the requisite information under RESPA.

14. "The January 15 RESPA letter was sent first class mail with sufficient postage to Ms. Wilson at her mailing and "notice address" – 202 Cora Lee, South Padre Island, Texas 78597 – according to the records of Matrix.

15. "The January 15 RESPA letter was returned by the post office. *See* Exhibit 6.

16. "Ms. Wilson gave Matrix written notice of a different mailing address ("P.O. Box 2042, South Padre Island, Texas") on a check dated April 9, 2002. That check – which was for the February 1, 2002 note payment – was received around April 15, 2002. *See* Exhibit 7.

17. "Matrix returned the check to Ms. Wilson on April 16, 2002, because more than sixty (60) days elapsed since the loan had been transferred to Chase. *See* Exhibit 7.

18. "Pursuant to the provisions of 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct."

SIGNED on _August 12_, 2005, at _Phoenix, AZ_.

_/s/ Ron Trunnell_
Ron Trunnell