IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL WILSON and<br>CHARLES BROMMER<br>　Plaintiffs,<br><br>v.<br><br>CHASE MANHATTAN MORTGAGE<br>CORPORATION and MATRIX<br>FINANCIAL SERVICES CORP.<br>　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. B-04-113 |

## SUMMARY JUDGMENT

Came on for consideration Matrix's Motion for Summary Judgment and the Court finds that the motion should be GRANTED. It is therefore

ORDERED that Plaintiff, Rachel Wilson, take nothing on her claims against Matrix Financial Services Corp. and the claims are dismissed with prejudice at Plaintiffs' cost.

DONE this _____ day of _____, 2005, at Brownsville, Texas.

_____
U.S. DISTRICT JUDGE