UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON § | |
| § | |
| Plaintiffs § | |
| § | |
| vs. § | CIVIL ACTION NO. B-04-113 |
| § | |
| CHASE MANHATTAN MORTGAGE § | |
| CORPORATION, and MATRIX FINANCIAL § | |
| SERVICES CORPORATION § | |
| § | |
| Defendants. § | |

PROPOSED ORDER DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

On this _____ day of _____ 2005, came on to be heard Defendant Matrix Financial Services Corporation's motion for summary judgment. Considering the motion, response and arguments of counsel, the Court hereby DENIES Defendant's motion.

DONE at Brownsville, Texas, this _____ day of _____ 2005.

_____
Andrew S. Hanen
UNITED STATES DISTRICT JUDGE