# Attachment

# "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **RACHEL WILSON** | § |
| | § |
| **Plaintiffs** | § |
| | § |
| vs. | § CIVIL ACTION NO. B-04-113 |
| | § |
| **CHASE MANHATTAN MORTGAGE** | § |
| **CORPORATION, and MATRIX FINANCIAL** | § |
| **SERVICES CORPORATION** | § |
| | § |
| **Defendants.** | § |

<u>**AFFIDAVIT OF RACHEL WILSON IN SUPPORT OF PLAINTIFF'S OPPOSIITON TO DEFENDANT MATRIX FINANCIAL SERVICES CORPORATION'S MOTION FOR SUMMARY JUDGMENT**</u>

Before me, the undersigned notary, on this day, personally appeared Rachel Wilson, a person whose identity is known to me. After I administered an oath to her, upon her oath, she said:

1. "My name is Rachel Wilson; I am the Plaintiff in the above referenced lawsuit. I am over the age of 18 and have never been convicted of a felony. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "In August of 2001 I financed the purchase of my home located at 202 W. Cora Lee, South Padre Island, Texas 78597."

3. "On South Padre Island all mail is delivered to P.O. Boxes, not to street addresses. Therefore, at all times during the loan application process I made sure to inform my mortgage broker and financial institution that my mailing address was P.O. Box 2042, South Padre Island, Texas 78597."

4. "Forms which I filled out and which were sent to Matrix always listed my P.O. Box as my mailing address. For example, the Principle Residential Mortgage, Inc. Payoff Statement, which was sent to Matrix, had my mailing address listed as P.O. Box 2042 (Exhibit 1). The Request for Verification of Employment, which was sent to Matrix, had my mailing address listed as "202 W. Cora Lee P.O. Box 2042" (Exhibit 2). Again, the Uniform Residential Loan Application, I filled out at my broker's office and which was sent to Matrix listed my present address as "202 W. Cora Lee / P.O. Box 2042" (Exhibit 3)."

5. "On April 15, 2002, I called the customer service number for Chase Manhattan Mortgage Corporation to determine why there was negative history on my credit report. I was told that Chase had the mortgage on one property under my name, a home I own on Orange Lane in Port Isabel. Chase told me they did not have any other loan under my name or social security number. I still had not received a notification from either Matrix or Chase that my mortgage was no longer serviced by Matrix. In fact, I did not know who was servicing my mortgage at that time. I believed Matrix was still servicing it because of the conflicting information I received over the telephone. I had been told Chase was servicing it, although I was never given any documentation, loan number, or transfer number reflecting that."

6. "On April 20, 2002, I received a letter from Matrix returning a mortgage payment. In that letter, Matrix informed me for the first time in writing

that my loan was being serviced by another company. I still believed Matrix was servicing my loan, as evidenced by the check I sent them. Matrix, however, did not inform me in the April 20 letter who had purchased my loan or the Chase loan number."

FURTHER AFFIANT SAYETH NOT:

Dated: September 1, 2005

_____
Rachel Wilson

STATE OF TEXAS      )
                    ) SS.
COUNTY OF CAMERON   )

    Subscribed and sworn to before me, the undersigned Notary Public, this  1st  day of September, 2005.



_____
Notary Public