PRINCIPAL RESIDENTIAL MORTGAGE, INC.
Payoff Statement

ATTN: GINGER                    Loan Number:       6028918-8
                                Borrower(s):       RACHEL WILSON
                                Property Address:  202 W CORA LEE
                                                   SOUTH PADRE ISLAND TX 78597

Fax Number: 9567612121

Statement requested:  August 21, 2001    Loan Type: Conventional-Fixed Rate
                                         Loan Interest Rate:  7.875%
                                         Note Date: 11/17/00

This loan is due for the    August 1, 2001 payment.
-----------------------------------------------------------------------------
  Current unpaid principal balance                          $122,893.15
-----------------------------------------------------------------------------
  Interest   7/01/01 TO  8/31/01                              1,601.79
  Unpaid late fees and/or 'Insufficient Funds' check charges     89.54
  Advances for property protection or legal costs                9.50
  FHA or PMI insurance premium                                  80.28
  Release/Reconveyance Fees                                     13.00
                                                          -----------
  Mortgage Balance Due                                       124,687.26
  Fax fee(s)                                                      15.00
-----------------------------------------------------------------------------
  Total Amount Due on or before          8/31/01           $124,702.26
-----------------------------------------------------------------------------

       FROM       TO        PER DIEM      CURRENT ESCROW BALANCE
      8/31/01   9/15/01      26.51            3,686.45

Upon payment in full, if an escrow balance remains, it will be mailed to the
present borrowers in approximately 10 days.

Following is the last tax amount(s) disbursed from the escrow account. You
should contact your local tax office if there is a question whether the
disbursement has been received and credited.




Below is the mailing address we currently have on record. ONLY if the borrower's
mailing address will change as a result of this transaction, please furnish the
new address in the space below.  If a new mailing address is not provided, any
escrow refund will be returned to the current mailing address shown below.

  Current Mailing Address:       New Mailing Address (please print clearly):
  RACHEL WILSON
  POB 2042                       _____
  SOUTH PADRE ISLAND, TX 78597
                                 _____

                                 _____

Important:  A copy of this statement must be returned with the payoff funds.

Refer to payoff requirements on the next page for additional instructions.

MATX 98



1-800-367-6448
www.principal.com/mortgage

MATX 99

PRINCIPAL RESIDENTIAL MORTGAGE, INC.
Payoff Requirements

We reserve the right to correct any portion of this statement at any time. Issuance of this statement does not suspend the contract requirement to continue to make mortgage payments when due, including the month of payoff. All balances are subject to change as a result of any transactions which occur prior to the application of payoff funds. The escrow account balance will be subject to any additional charges or credits and final audit of the loan. Please note our company will continue to make payment of real estate taxes, hazard insurance and any other escrow items until the loan is paid in full. After payment in full, if a balance remains in the escrow account, it will be refunded to the present borrowers. If our payment of escrow items results in a negative escrow balance, then any such negative balance must also be paid to us in order to pay this loan in full.

PAYMENT METHOD: We suggest payment by cashier check or certified check made payable to Principal Residential Mortgage. No personal checks or cash will be accepted. This will enable us to process the payment in full without delay. All funds received after 2:00 p.m. (central time) or on a weekend or holiday will be processed the next business day and will require additional interest.

Overnight Mailing Address
------------------------
Principal Residential Mortgage, Inc.
Attention: Payoff Department
711 High Street
Des Moines, Iowa 50392-0760

Regular Mailing Address
------------------------
Principal Residential Mortgage, Inc.
Attention: Payoff Department
P.O. Box 711
Des Moines, Iowa 50303-0711

- A copy of the payoff statement must accompany payoff funds.
- Funds must reference Principal Residential Mortgage's loan number and borrower's name or they may be returned.
- Principal Residential Mortgage will not be responsible for funds which are not sent to the exact address as shown above or lost in the mail.

FOR FHA LOANS WITH NOTE DATES BEFORE 9-1-85 ONLY: (see front of statement for note date) Interest on payoff will be collected on a monthly basis. Thirty days prior notice of your intent to pay off the mortgage is required. Interest will be taken to the first day of the month following thirty days notice. Issuance of this statement will be considered notice of intention to pay off this loan.

FOR FHA LOANS WITH NOTE DATES ON OR AFTER 9-1-85 ONLY: (see front of statement for note date) Interest on payoff will be collected on a monthly basis. Interest will be charged to the first day of the month following receipt of the payoff funds.

ATTENTION ACH CUSTOMERS: If monthly mortgage payments are made by our ACH service we will continue to draft your monthly payments until the payoff funds are applied in our office, unless we hear from you to cancel this service.

RELEASE DOCUMENT: The release document will be prepared and sent to the county recording office within the required time frame.

MATX 100