# Request for Verification of Employment

98-0337

**Privacy Act Notice:** This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

**Instructions:** Lender — Complete items 1 through 7. Have applicant complete item 8. Forward directly to employer named in item 1.
Employer — Please complete either Part II or Part III as applicable. Complete Part IV and return directly to lender named in item 2.
The form is to be transmitted directly to the lender and is not to be transmitted through the applicant or any other party.

## Part I - Request

| 1. To (Name and address of employer) | 2. From (Name and address of lender) |
|---|---|
| VOE<br>Omega Hospice<br>2108 Central Blvd.<br>Brownsville, TX 78520 | INTERCOASTAL MORTGAGE<br>410 PADRE BLVD.<br>SUITE 01<br>SOUTH PADRE ISLAND, TX 78597<br>(956) 761-2215 |

I certify that this verification has been sent directly to the employer and has not passed through the hands of the applicant or any other interested party.

| 3. Signature of Lender<br>Ginger Sperry | 4. Title<br>PROCESSOR / Loan Officer | 5. Date<br>08/21/2001 | 6. Lender's No. (Optional) |
|---|---|---|---|

I have applied for a mortgage loan and stated that I am now or was formerly employed by you. My signature below authorizes verification of this information.

| 7. Name and address of Applicant (Include employee or badge number) | 8. Signature of Applicant |
|---|---|
| Rachel L. Wilson  SSN: 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<br>202 W. Cora Lee  P.O. Box 2042<br>South Padre Island, TX 78597 | SEE ATTACHED CONSENT |

## Part II - Verification of Present Employment

| 9. Applicant's Date of Employment | 10. Present Position | 11. Probability of Continued Employment |
|---|---|---|
| 02/01/01 | DIRECTOR OF PATIENT SERVICES | 100% |

| 12A. Current Gross Base Pay (Enter Amount and Check Period) | 13. For Military Personnel Only | | 14. If Overtime or Bonus is Applicable, Is its Continuance Likely? |
|---|---|---|---|
| $4583.00  ☐ Annual  ☐ Hourly<br>☒ Monthly  ☐ Other (Specify)<br>☐ Weekly | Pay Grade | | Overtime  ☐ Yes  ☒ No<br>Bonus     ☐ Yes  ☒ No |
| | Type | Monthly Amount | |

### 12B. Gross Earnings

| Type | Year To Date<br>Thru 08/14/01 | Past Year | Past Year | | | 15. If paid hourly – average hours per week  N/A |
|---|---|---|---|---|---|---|
| Base Pay | $28,958 | $ | $ | Base Pay | $ | |
| | | | | Rations | $ | 16. Date of applicant's next pay increase<br>02/01/02 |
| | | | | Flight or Hazard | $ | |
| Overtime | $ 0 | $ | $ | Clothing | $ | |
| | | | | Quarters | $ | 17. Projected amount of next pay increase<br>UNKNOWN |
| Commissions | $ 0 | $ | $ | Pro Pay | $ | 18. Date of applicant's last pay increase<br>07/01/01 |
| Bonus | $ 0 | $ | $ | Overseas or Combat | $ | 19. Amount of last pay increase<br>2500/YR. |
| Total | $28,958 | $ | $ | Variable Housing Allowance | $ | |

**20. Remarks** (If employee was off work for any length of time, please indicate time period and reason)

## Part III - Verification of Previous Employment

| 21. Date Hired | 23. Salary/Wage at Termination Per (Year) (Month) (Week) |
|---|---|
| 22. Date Terminated | Base ____  Overtime ____  Commission ____  Bonus ____ |
| 24. Reason for Leaving | 25. Position Held |

## Part IV  Authorized Signature

Federal Statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy purposed to influence the issuance of any guaranty or insurance by the VA Secretary, the U.S.D.A., FmHA/FHA Commissioner, or the HUD/CPD Assistant Secretary.

| 26. Signature of Employer | 27. Title (Please print or type) | 28. Date |
|---|---|---|
| | RIEMB/Payroll | 08/24/01 |
| 29. Print or type name signed in item 26<br>BELINDA FLORES | 30. Phone No.<br>504-5298 (956) | |

GENESIS 2000, INC. * W14.0 * (800) 882-0504        Fannie Mae  Form 1005  Mar. 90



MATX 131