# Uniform Residential Loan Application
## INTERCOASTAL MORTGAGE

*New origination* *Signed - please pull paid*

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [ ] the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or [X] the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

*if you want to refinance?*

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | [ ] VA  [X] Conventional  [ ] Other: [ ] FHA  [ ] FmHA | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount $ 127,713.00 | Interest Rate 6.875 % | No. of Months 360 | Amortization Type: [X] Fixed Rate  [ ] GPM | [ ] Other (explain): [ ] ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & zip code) 202 W. Cora Lee, South Padre Island, TX 78597 | County Cameron | No. of Units 1 |
|---|---|---|

| Legal Description of Subject Property (attach description if necessary) SEE PRELIMINARY TITLE REPORT | Year Built 1984 |
|---|---|

Purpose of Loan: [ ] Purchase  [X] Refinance  [ ] Construction  [ ] Construction-Permanent  [ ] Other (explain):
Property will be: [X] Primary Residence  [ ] Secondary Residence  [ ] Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.

| Year Acquired 2000 | Original Cost $ 130,000 | Amount Existing Liens $ 123,000 | Purpose of Refinance No Cash Out | Describe Improvements [X] made [ ] to be made  Cost: $ |

| Title will be held in what Name(s) Rachel Lori ~~Brommer~~ Wilson ~~Christina Brommer~~ | Manner in which Title will be held Joint Tenants | Estate will be held in: [X] Fee Simple  [ ] Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Equity in Prop.

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) Rachel L. Brommer | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number 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 | Home Phone (incl. area code) (956) 943-7325 | Age 36 | Yrs. School 16 | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
| [X] Married  [ ] Unmarried  [ ] Separated | Dependents (not listed by Co-Borrower) no. 1  ages 9 | [ ] Married  [ ] Unmarried  [ ] Separated | Dependents (not listed by Borrower) no.  ages |
| Present Address (street, city, state, zip code) [X] Own [ ] Rent 0.8 No. Yrs. 202 W. Cora Lee / PO Box 2042 South Padre Island, TX 78597 | Present Address (street, city, state, zip code) [ ] Own [ ] Rent ___ No. Yrs. |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, zip code) [X] Own [ ] Rent 5 No. Yrs. 322 Orange Laguna Vista, TX 78578 | Former Address (street, city, state, zip code) [ ] Own [ ] Rent ___ No. Yrs. |
| Former Address (street, city, state, zip code) [ ] Own [ ] Rent ___ No. Yrs. | Former Address (street, city, state, zip code) [ ] Own [ ] Rent ___ No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Name & Address of Employer ~~Hospice~~ Omega Hospice 2108 Central Blvd Brownsville, TX 78520 [ ] Self Employed | Yrs. on this job 8M | Yrs. employed in this line of work/profession 18Y | Name & Address of Employer [ ] Self Employed | Yrs. on this job | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business Director of Patient Services Hospice/Medical Care | Business Phone (incl. area code) 956-504-5298 | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer Valley Baptist Medical Center P.O. Drawer 2588 Harlingen, TX 78551 [ ] Self Employed | Dates (from - to) 9/97 1/01 | Name & Address of Employer [ ] Self Employed | Dates (from - to) |
| | Monthly Income $ 4785 | | Monthly Income $ |
| Position/Title/Type of Business RN Assist. Manager Medical | Business Phone (incl. area code) (956) 389-2228 | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer [ ] Self Employed | Dates (from - to) | Name & Address of Employer [ ] Self Employed | Dates (from - to) |
| | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

Freddie Mac Form 65/Rev. 10/92   Page 1 of 4   Fannie Mae Form 1003/Rev. 10/92
Borrower's Initials   GENESIS 2000, INC. * W14.0 * (800) 882-0504   Co-Borrower's Initials


Brommer

MATX 204