IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RACHEL WILSON BROMMER AND<br>CHARLES BROMMER<br>　　　Plaintiff<br>VS.<br><br>CHASE MANHATTAN MORTGAGE<br>CORPORATION, and<br>MATRIX FINANCIAL SERVICES<br>CORPORATION<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-113 |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Now Come, Plaintiff, Rachel Wilson and Defendants Chase Manhattan Mortgage Corporation and Matrix Financial Services Corporation and file this Notice of Settlement and would show unto the Court as follows:

I.

The parties hereby advise this Honorable Court that all matters in controversy have been compromised and settled. The parties will file the appropriate Motions to Dismiss upon completion of all the necessary documents needed to effectuate the settlement.

WHEREFORE PREMISES CONSIDERED, the parties hereby request that the case be removed from its current trial setting and for other and further relief to which they show themselves justly entitled to receive.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.
319 E. Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

By: _____
Michael Rodriguez
State Bar No. 00791553
Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052

_____
Benjamin Bingham
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
Telephone (210) 224-1819
Facsimile (210) 224-0141
Attorney for Defendant Chase Manhattan Mortgage Corporation

_____
Ed Harrell
Hughes Watters Askanase LLP
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354
Telephone (713) 759-0818
Facsimile (713) 759-6834
Attorney for Matrix Financial Services Corporation

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy and correct copy of this instrument has on September 16, 2005, been forwarded via regular mail and facsimile to:

| | |
|---|---|
| Benjamin Bingham<br>Bingham & Lea, P.C.<br>319 Maverick Street<br>San Antonio, Texas 78212<br>Telephone (210) 224-1819<br>Facsimile (210) 224-0141 | Ed Harrell<br>Hughes Watters Askanase LLP<br>1415 Louisiana, 37th Floor<br>Houston, Texas 77002-7354<br>Telephone (713) 759-0818<br>Facsimile (713) 759-6834 |

_____
Michael Rodriguez