IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RACHEL WILSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B- 04-113 |
| CHASE MANHATTAN MORTGAGE | § | |
| CORPORATION | § | |
| and | § | |
| MATRIX FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE ANDREW S. HANEN:

Plaintiff, Rachel Wilson, and Defendant, Chase Manhattan Mortgage Corporation, now known as Chase Home Finance ("Chase"), file this Stipulation of Dismissal With Prejudice and in support thereof would respectfully show the Court as follows:

Plaintiff, Rachel Wilson, and Defendant, Chase, have resolved all matters in controversy between them. There are no longer any issues in this matter between Plaintiff, Rachel Wilson, and Defendant, Chase, to be determined by this Court. Plaintiff, Rachel Wilson, and Defendant, Chase, hereby stipulate that all claims or causes of action against Defendant, Chase, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring the same.

Respectfully submitted,

**RODRIGUEZ & NICHOLAS, L.L.P.**
319 Elizabeth Street
Brownsville, Texas 78520
(956) 574-9333 Telephone
(956) 574-9337 Facsimile

BY: _____
Michael Rodriguez
State Bar No. 00791553
Henri Nicholas
State Bar No. 24014808

Counsel for Plaintiff,
Rachel Wilson

**BINGHAM & LEA, P.C.**
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile

BY: _____
Benjamin R. Bingham
State Bar No. 02322350

Counsel for Defendant, Chase Manhattan Mortgage
Corporation, now known as Chase Home Finance

**HUGHES, WATTERS, & ASKANASE, L.L.P.**
333 Clay, Three Allen Center, 29th Floor
Houston, Texas 77022
(713) 759-0818 Telephone
(713) 759-6834 Facsimile

BY: _____
C. Ed Harrell
State Bar No. 09042500

Counsel for Defendant,
Matrix Services Financial Corp.

S:\BRB\CLIENTS\2444.5\Pleadings\Stipulation of Dismissl w prej.doc