**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **RACHEL WILSON and** | § | |
| **CHARLES BROMMER** | § | |
| | § | |
| **v.** | § | **C.A. NO. B-04-113** |
| | § | |
| **CHASE MANHATTAN MORTGAGE** | § | |
| **CORPORATION and MATRIX** | § | |
| **FINANCIAL SERVICES CORP.** | § | |

### RULE 41(a)(2) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RACHEL WILSON, requests entry of this Stipulation and Dismissal under Rule 41(a)(2), Federal Rules of Civil Procedure.

The parties stipulate to and Plaintiff, RACHEL WILSON, dismisses with prejudice her action against MATRIX FINANCIAL SERVICES CORP. Each party will bear its own costs.

DONE at Brownsville, Texas, this _____ day of _____, 2005.

_____
U.S. DISTRICT JUDGE

This Dismissal is stipulated to by the Parties:

_____     _____
**C. Ed Harrell**                                                **Michael Rodriguez**
HUGHES, WATTERS & ASKANASE, LLP          RODRIGUEZ & NICOLAS, L.L.P.
ATTORNEY FOR DEFENDANT,                        ATTORNEY FOR PLAINTIFFS
MATRIX FINANCIAL SERVICES CORP.