# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHAEL WILSON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-04-113 |
| | § | |
| CHASE MANHATTAN MORTGAGE | § | |
| CORPORATION and MATRIX | § | |
| FINANCIAL SERVICES CORPORATION, | § | |
|     Defendants. | § | |

## ORDER

On October 25, 2005, Plaintiff filed a Stipulation of Dismissal with Prejudice. [Docket No. 32] Although the proposed order included with Plaintiff's motion calls for a dismissal of all claims against Matrix, the motion itself only calls for the dismissal of Plaintiff's claims against Chase. Plaintiff is hereby ordered to enter a proper stipulation of dismissal which accurately names the settling Defendant or Defendants. If the parties have not filed a correct stipulation of dismissal by January 20, 2006, the Court will enter a dismissal order of its choice.

Signed this 19th day of December, 2005.

_____
Andrew S. Hanen
United States District Judge