IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RACHEL WILSON § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B- 04-113 |
| § | |
| CHASE MANHATTAN MORTGAGE § | |
| CORPORATION § | |
| and § | |
| MATRIX FINANCIAL SERVICES § | |
| CORPORATION § | |
| § | |
| Defendants. § | |

**ORDER**

On the _____ day of January, 2006 came on to be considered Plaintiff's Rachel Wilson's Amended Stipulation of Dismissal with Prejudice. Having considered the motion and all arguments,

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Amended Stipulation of Dismissal with Prejudice is hereby GRANTED.

Signed this _____ day of January, 2006.

_____
PRESIDING JUDGE

Copies to:
Michael Rodriguez, 319 Elizabeth Street, Brownsville, Texas 78520
Benjamin R. Bingham, 319 Maverick Street, San Antonio, Texas 78212
C. Ed Harrell, 333 Clay, Three Allen Center, 29th Floor, Houston, Texas 77022