# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| RACHAEL WILSON and § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL NO. B-04-113 |
| § | |
| CHASE MANHATTAN MORTGAGE § | |
| CORPORATION and MATRIX § | |
| FINANCIAL SERVICES CORPORATION § | |
| Defendants. § | |

## ORDER

Plaintiff's Amended Stipulation of Dismissal with Prejudice with Defendants Matrix Financial Services and Chase Manhattan Mortgage [Docket No. 34] is hereby **GRANTED**. Defendant Matrix's Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof [Docket No. 27] is hereby **DENIED as moot**.

Signed this 10th day of January, 2006.

_____
Andrew S. Hanen
United States District Judge